IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES CARSON, *et al*. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 8:11-cv-2204 |
| JACK HARRIS, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

Plaintiffs James and Kellee Carson and Defendant Jack Harris, Inc., by their respective undersigned counsel, respectfully notify this Court that the parties have reached settlement of all claims alleged or asserted in the above-captioned action and request that this Court issue a Settlement Order pursuant to Local Rule 111.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Morgan W. Fisher (Bar No. 28711) | Joseph G. Cleaver (Bar No. 28741) |
| *Lawrence & Fisher, PLLC* | *KRAMER & CONNOLLY* |
| 155 Duke of Gloucester Street | 465 Main Street |
| Annapolis, MD 21401 | Reisterstown, Maryland 21136 |
| Tel.: (410) 626-6111 | Tel.: (410) 581-0070 |
| Fax: (866) 393-4828 | Fax: (410) 581-1524 |
| mwf@lawrence-fisher.com | jgc@kramerslaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

E:\OFFICE\CASES\207-067\notice_of_settlement.wpdas